# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**RICKY CARTER**                                                                       **PETITIONER**

**V.**                                                         **No. 1:08CV064-A-D**

**STATE OF MISSISSIPPI, et al.**                                   **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, the instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the   23rd   day of February, 2010.

                                                            **/s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**